■ In the Matter of PETER SANTOS et al. v. BURTON S. GOLDSTEIN, an Officer of the New York Society for the Prevention of Cruelty to Children.— Motion for a stay denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT S. SIEGAL, on Behalf of ARNOLD SCHILDHAUS v. EDWARD DROS, as Warden of the Work-house of the City of New York, Hart Island.— Motion for an order striking the appeal from the calendar of this court denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ In the Matter of GENERAL MUTUAL INSURANCE COMPANY, v. MUTUAL INSURANCE RATING BUREAU et al.— Motion by the Honorable Thomas Thacher, Superintendent of Insurance of the State of New York, for leave to file a brief amicus curiæ granted only insofar as to permit movant to file a brief amicus curiæ on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ LOUIS MILLER v. BUILDING SERVICE, MAINTENANCE AND MISCELLANEOUS EMPLOYEES UNION, LOCAL 400, et al.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated June 9, 1961. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ MAX GOLDMANN, as Assignee for the Benefit of the Creditors of DANIEL CLOTHING CORP. v. HENRY M. COHEN.— Motion for consolidation granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing, upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeals to be argued or submitted when reached. Motion to dismiss appeals granted, with 10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. DENNIS VOID. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK LOCASCIO. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CORA LEE DAY. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR BIEN. (E) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MEREDITH. (F) THE PEOPLE OF THE STATE OF NEW YORK v. PASQUALE MASTRIANO. (G) THE PEOPLE OF THE STATE OF NEW YORK v. EMILIO CARPENTIERI. (H) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT RODGERS. (I) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH GAYNOR. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ. (J) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL GALLELLA. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.— [In each action] Motion to dismiss appeal granted.